PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lawrence Anthony MadisonDocket No. 7:17-CR-78-2D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Lawrence Anthony Madison, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on August 1, 2017.

The defendant appeared before the Honorable James C. Dever III, Chief U.S. District Judge, for arraignment on the October 4, 2017, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 22, 2017, the defendant was charged with the offense of Driving While License Revoked Not Impaired Revocation (17CR708509) in Onslow County, North Carolina. The defendant was verbally reprimanded for this, and a violation report was submitted on September 26, 2017, to the Honorable Robert B. Jones, Jr.

On October 7, 2017, the defendant was charged with the offense of Driving While License Revoked Not Impaired Revocation and Fictitious or Altered Title or Registration Card or Tag (17CR2196) in Onslow County. Again the defendant was verbally reprimanded, and a violation report was submitted to your Honor on October 18, 2017.

On October 24, 2017, the defendant was charged with the offense of Driving While License Revoked Impaired Revocation and misdemeanor Possession of Stolen Goods or Property (17CR56646) in Onslow County. All of these matters are pending trial in Onslow County District Court.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if the defendant's pretrial release should be revoked.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton/s/ Jay Kellum
Robert L. ThorntonJay Kellum
Supervising U.S. Probation OfficerU.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: October 25, 2017

Lawrence Anthony Madison
Docket No. 7:17-CR-78-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the __30__ day of __October__, 2017, and ordered filed and made part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge