UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lawrence Anthony Madison**  Docket No. 7:17-CR-78-2D

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Anthony Madison, who, upon an earlier plea of guilty to Accessory After the Fact to Larceny in violation of 18 U.S.C. § 3, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 5, 2018, to the custody of the Bureau of Prisons for a term of 4 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months. Lawrence Anthony Madison was released from custody on March 24, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 22, 1984, the defendant was arrested by the Chicago Police Department in Chicago, Illinois, for Criminal Sexual Abuse. According to the arrest report, the victim alleges that the defendant forced her into an act of sexual intercourse. On August 6, 2984, the case was stricken off with leave to reinstate. Although the defendant was not convicted on the above listed offense, the underlying conduct is a cause for concern. At this time, we would recommend that the defendant complete a psycho-sexual evaluation to determine if any additional treatment is necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: May 23, 2018

Lawrence Anthony Madison
Docket No. 7:17-CR-78-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___5___ day of ___June___, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge