UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lawrence Anthony Madison                Docket No. 7:17-CR-78-2D

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Anthony Madison, who, upon an earlier plea of guilty to Accessory After the Fact to Larceny in violation of 18 U.S.C. § 3, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 5, 2018, to the custody of the Bureau of Prisons for a term of 4 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Lawrence Anthony Madison was released from custody on March 24, 2018, at which time the term of supervised release commenced. On May 23, 2018, a petition for action on supervised release was submitted to Your Honor. This petition requested that the defendant's conditions of release be modified to include a psycho-sexual evaluation based on his criminal history. Your Honor agreed with the recommendation, and modified his conditions as requested. On June 5, 2018, a DROPS sanction was reported to the court following the defendant's use of marijuana and cocaine. Intermittent confinement for a period of 2 days has been requested with the Bureau of Prisons. On June 20, 2018, a DROPS sanction was reported to the court following the defendant's use of marijuana and cocaine. Intermittent confinement for a period of 5 days has been requested with the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 6, 2018, the defendant reported to the probation office as requested. He provided a urinalysis sample that was sent to Alere Toxicology for confirmation testing. Prior to sending the sample to Alere, a handheld test was utilized to test the sample. The sample tested positive for cocaine. The defendant signed a voluntary admission form, confirming his last use of cocaine on or about August 2, 2018. The defendant also admitted to excessive consumption of alcohol at the time of his cocaine use.

Additionally, on March 26, 2018, the defendant signed a payment agreement to make monthly installments of $100.00 beginning May 20, 2018, and each month thereafter until the total balance of $5,410.60 is paid. The defendant has not made a single payment towards his financial obligation, and is now $300.00 in arrears.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previously court ordered DROPS condition is hereby removed.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The

Lawrence Anthony Madison
Docket No. 7:17-CR-78-2D
Petition For Action
Page 2

    defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: August 08, 2018 |

## ORDER OF THE COURT

Considered and ordered this __15__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge